# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 25, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160772(42)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SARON E. MARQUARDT, Personal
Representative of the ESTATE OF
SANDRA D. MARQUARDT,
      Plaintiff-Appellant,

v

SC: 160772
COA: 343248
Washtenaw CC: 12-000621-NH

VELLAIAH DURAI UMASHANKAR, M.D.,
      Defendant-Appellee.
_____/

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing his reply is GRANTED. The reply will be accepted as timely filed if submitted on or before March 10, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 25, 2020



Clerk